# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Michael A. Hammer |
| v. | Mag. No. 22-10072 |
| MIGUEL RONDON | **CRIMINAL COMPLAINT** |

I, Special Agent Brandon Durkot, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

**SEE ATTACHMENT A**

I further state that I am a Special Agent with the Federal Bureau of Investigation, and that this complaint is based on the following facts:

**SEE ATTACHMENT B**

continued on the attached pages and made a part hereof.

_____
Brandon Durkot, Special Agent
Federal Bureau of Investigation

Special Agent Durkot attested to this Complaint by telephone pursuant to Federal Rule of Criminal Procedure 4.1(b)(2)(A) on February 16, 2022 in New Jersey.

Honorable Michael A. Hammer         Michael A. Hammer
United States Magistrate Judge        Signature of Judicial Officer

## ATTACHMENT A

### Count One
### (Unlicensed Firearms Dealing)

Between on or about December, 2020 and September 2021, in Hudson County, in the District of New Jersey and elsewhere, the defendant,

### MIGUEL RONDON,

did knowingly and intentionally engage in the business of manufacturing and dealing in firearms, while not being a federally licensed dealer, importer, or manufacturer of firearms, contrary to Title 18 United States Code Section 922(a)(1)(A).

## ATTACHMENT B

I, Brandon Durkot, am a Special Agent with the Federal Bureau of Investigation ("FBI"), and I am fully familiar with the facts set forth herein based on my own investigation and my conversations with other agents, and members of law enforcement and my review of their reports and of items of evidence. Where statements of others are related herein, they are related in substance and in part. Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged. Since this complaint is being submitted for a limited purpose, I have not set forth each and every fact that I know concerning this investigation.

1. Between on or about December 2020 and September 2021, as part of an on-going investigation into the unlawful sale of privately manufactured firearms, law enforcement agents conducted four separate controlled purchases of privately made firearms from Miguel Rondon ("RONDON"). Law enforcement agents used a Confidential Source (the "CS") to meet with RONDON. In a series of recorded transactions on those dates, the CS contacted RONDON over RONDON's cellular phone and arranged a meeting. In each transaction, the CS provided RONDON with United States Currency and RONDON, as previously arranged, gave the CS a firearm, as more fully described below.

2. The firearms RONDON sold to the CS were privately manufactured firearms. The investigation revealed that RONDON would purchase parts for the manufacture of homemade "ghost guns" from various out-of-state suppliers. He would manufacture the ghost guns in New Jersey with the intent to sell them to others, including the CS.

3. Based on my experience, a "ghost gun" is an untraceable and non-serialized firearm manufactured by individuals from various gun parts. Such weapons are assembled by individuals from parts or kits that often include one unfinished piece — typically the frame or receiver — that requires the purchaser only to drill certain holes in the gun parts in order to make the gun fully functional. Because of a loophole in federal gun regulations, these homemade weapons don't need to legally have serial numbers, and the kit or individual pieces can be sold without the background check that someone who purchased a gun from a federally licensed dealer would have to undergo. The sale of these "ghost guns" without a federal firearms license is a violation of federal law.

4. All of the controlled purchases of firearms from RONDON were recorded. None of the firearms had serial numbers. All of the firearms were privately made ghost guns. The recovered firearms were the following:

--   One Polymer 80 9mm semi-automatic handgun with a high-capacity magazine capable of holding 15 rounds of ammunition and a box of approximately fifty (50) rounds of 9mm ammunition.

--   One Polymer 80 9mm semi-automatic handgun with a high-capacity magazine capable of holding 17 rounds of ammunition.

--   One 5.56 x 45mm caliber semi-automatic rifle with a high-capacity magazine capable of holding 30 5.56 x 45 rounds of ammunition.

--   One 7.62 x 35mm caliber semi-automatic rifle with two high-capacity magazines capable of holding 30 7.62 x 35 rounds of ammunition.

5.   All four of the firearms that RONDON sold to the CS were tested by the Newark Police Department's Ballistics Laboratory and found to be operable.

6.   A query of the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") National Licensing Center showed that as of February 10, 2022, RONDON has never applied for, nor received, a federal firearms license from the ATF.

3